**Dan N. BAKER et al., Appellants,**

**v.**

**Harry J. MEYERS et al., Appellees.**

Court of Appeals of Kentucky.

Feb. 19, 1954.

Motion for Extension of Opinion Denied April 16, 1954.

Napier & Napier, C. W. Napier, C. W. Napier, Jr., Hazard, for appellant.

No brief for appellees.

PER CURIAM.

The judgment denies a new trial sought under the terms of Sec. 518, Civil Code of Practice, and the setting aside of a judgment for $337.88 for the value of truck tires alleged to have been purchased by the defendants from a person who stole them from the plaintiffs. The petition does not state a cause of action.

The motion for an appeal is overruled and the judgment is affirmed.